# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
_____ DIVISION

MONICA FERGUSON

_(Enter full name of plaintiff(s))_

**Plaintiff(s),**

v.

Robert Wilkie, Secretary, department of Veterans Affairs.
Portland VA Medical Center /Darwin F. Goddsped.
_(Enter full name of ALL defendant(s))_ Department of veterans affair.

**Defendant(s).**

Civil Case No. 3:20-CV-00212YY
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Monica Ferguson, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?  ☐ Yes  ☒ No

   If "Yes," state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?  ☒ Yes ☐ No ☐ Self-employed  → (ended 1/13/2020)
   & income from insuri
   since 8/2019   100-200/MO
   Sporadic income

   a. If the answer is "Yes," state:

   Employer's name: Amazon

   Employer's address: 1250 NW Swigert Way, Troutdale 97030.

   _varies_  Amount of take-home pay or wages: $407.06 per 2 WK _(specify pay period)_ pd. 1/24/2020
   354.64     2wks           1/24/2020.
   74.72      1day           1/10/2020
   403.48     2wks.          12/27/2019
   304.78     2wks.          12/13/2019
   304.80     2wks.          11/29/2019
   255.89     2wks.          10/18/2019

Revised March 1, 2017
Page 1

USDC - Oregon

b.  If the answer is "No," state:

Name of last employer: _House call Med Svc DBA At home Primary care_

Address of last employer: _9132 SE St Hellens St, Clackwuy OR 97015_

Date of last employment: _12/31/2019_

Amount of take-home salary or wages: $___100-200/mo___ per _____ (specify pay period) _Varied_

_○ income from Insurance gone 8 or 9/2019_

3.  Is your spouse employed? ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable

a.  If the answer is "Yes," state:

Employer's name: _____N/A_____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (specify pay period)

b.  Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

Please explain your answer below:

_N/A_

c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No   If the answer is "No," please explain below:

_N/A_

4.  In the past 12 months have you received any money from any of the following sources?

a.  Business, profession, or other self-employment  ☑ Yes  ☐ No

If "Yes," state:  Amount received:   $ _Varied last 6mo less than 500 $/mo_

Amount expected in future:   $ _0_

b.  Rent payments, interest, or dividends   ☑ Yes  ☐ No  _from Housing Authority_

If "Yes," state:  Amount received:   $ _1200/mo_

Amount expected in future:   $ _unsure, application end, review (contract due by 4/30/20)_

c.   Pensions, annuities, or life insurance payments   ☐ Yes ☒ No

If "Yes," state:   Amount received:   $ _~0~_

Amount expected in future:   $ _~0~_

d.   Disability or workers' compensation payments   ☒ Yes ☐ No   *received for 11/2020*

If "Yes," state:   Amount received:   $ _~thing 1/24/2020~_   *$680 gven.*

Amount expected in future:   $ _~0~_

e.   Gifts or inheritances   ☐ Yes ☒ No

If "Yes," state:   Amount received:   $ _____

Amount expected in future:   $ _~0~_

f.   Any other sources   ☐ Yes ☐ No

If "Yes," state:   Source: _Children JF & CF received SSI_

Amount received:   $ _121 Each._

Amount expected in future:   $ _yes monthy_

5.   Do you have cash or checking or savings accounts?   ☒ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $ _1000 (received $1000 towards funeral expenses)_

6.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☐ Yes ☐ No

If "Yes," describe the asset(s) and state the value of each asset listed:
_Purchased a car Subaru 1999 (I owe 5000$ as I borrow the money to pay sel.)_
_Purchase stocks from Amazon (value 350)_

7.   Do you have any other assets?   ☒ Yes ☒ No

If "Yes," list the asset(s) and state the value of each asset listed:
_① Stock Amazon $350_
_② 401K through Amazon $1500_
_Employment at Amazon since 10/7/2019_

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense:

   ① Housing / sewer water   275/mo (Housing authority helps)
   ② PGE   recieved assistance   400/4 ushmo   every mo
   ③ Gas (take the kids to and from school   75-100/week
       from Clackamas to Lake Oswego
   ④ Education loan - on hold (30,000)
   ⑤ Dentel bills (7000$) on colection)   NW Gas 430$ colectn
   ⑥ PGE Bill   5000$ on colectn

   ⑦ Med x prescriph 75/mo for kids

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

   ① my father Simion Botoican age 81 (lived with me since 2014 (he was paralized) needs fate 24hr, supplies, meds, caregivers)
       he passed away 1/27/2020.
   ② CF 15 - w/dissabilt y needs launches, transportn, od mys shot → Shot applic clothing
   ③ JF 10

10. Do you have any debts or financial obligations? ☒ Yes ☐ No

    If "Yes," describe the amounts owed and to whom they are payable:

    ③ Dentel workpo bill 7000 $ on colection
    ④ PGE on colection 5000 $ -u
    ⑤ Medical bills on colectn on colectn
    ⑥ Attorney fees 400 on colect
    ⑦ NW Gas 475 on colec
    ⑧ visa CC 150 - makng payments buy clothes
    ⑨ Kohl charge acct makng payment for self + kids
    ⑫ Nordstrm charge acct - makng payments

    ⑬ IRS owe 20,000 for year 2016 & 2017
    ⑭ I still owe Susan 5000$ personl
    ⑮ loan (20,000)
    ⑯ Car Insurance 190/mo
    ⑰ Apt rental 50/mo

    **If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

    I declare under penalty of perjury that the above information is true and correct.

    _2/10/2020_                          _Monica Ferguson_
    DATE                                 SIGNATURE OF APPLICANT

                                         _MONICA FERGUSON_
                                         PRINTED NAME OF APPLICANT

Revised March 1, 2017
Page 4                                                    USDC - Oregon

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that _____ (name of applicant) has the sum of $_____

on account to his/her credit at _____ (name of institution).   I

further certify that during the past six months the applicant's average monthly balance was $_____.

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions
for the past six months.**

_____          _____
DATE                            SIGNATURE OF AUTHORIZED OFFICER