IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MONICA FERGUSON**, | Case No. 3:20-cv-00212-YY |
| Plaintiff, | **ORDER** |
| v. | |
| **SECRETARY OF VETERANS AFFAIRS**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

On May 25, 2022, Magistrate Judge Youlee Yim You issued her Findings and Recommendations ("F&R"). ECF 59. Judge You recommended that this Court grant Defendant's Motion to Dismiss, ECF 55, because Plaintiff failed to allege facts sufficient to establish a plausible causal connection between her protected activity in 2010 and 2011 and Defendant's alleged retaliatory acts occurring years later. No party filed objections. This Court ADOPTS Judge You's F&R in full.

**STANDARDS**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER

28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

No party having filed objections, this Court has reviewed the F&R and accepts Judge You's conclusions. The F&R, ECF 59, is adopted in full. Defendant's Motion to Dismiss, ECF 55, is GRANTED. Plaintiff's Second Amended Complaint, ECF 53, is DISMISSED with prejudice.

**IT IS SO ORDERED**.

DATED this 14th day of June, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER